IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ROBERT BAUCHWITZ, M.D., Ph.D. | : : : | CIVIL ACTION NO. 04-2892 |
| v. | : : | |
| WILLIAM K. HOLLOMAN, Ph.D., *et al.* | : | |

## ORDER

**AND NOW**, this 1st day of December, 2009, upon consideration of the Jefferson Defendants' Motion for Summary Judgment Pursuant to the Statute of Limitations ("Jefferson Motion") (Document No. 84), the plaintiff's response and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of defendants Thomas Jefferson University and Eric B. Kmiec, Ph.D. and against the plaintiff.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.