UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLANIA

---------------------------------------------------------x
:
UNITED STATES OF AMERICA : Civil Action No. 04-2892 (TJS)
ex rel. ROBERT P. :
BAUCHWITZ, M.D., Ph.D. :
:
              Plaintiff, :
:
      v. :
:
WILLIAM K. HOLLOMAN, PH.D., et al., :
:
              Defendants. :
---------------------------------------------------------x

**EMERGENCY MOTION OF THOMAS S. McNAMARA FOR LEAVE TO
WITHDRAW AS ATTORNEY FOR PLAINTIFF/RELATOR,
ROBERT P. BAUCHWITZ, M.D., PH.D., AND FOR
MODIFICATION OF SCHEDULING ORDER TO
EXTEND PRETRIAL DEADLINES AND CONTINUE TRIAL DATE**

      Attorney Thomas S. McNamara, presently one of three attorneys of record for plaintiff and relator Robert Robert P. Bauchwitz, M.D., Ph.D. ("Bauchwitz" or "Plaintiff"), in this action, respectfully moves the Court on an emergency basis for leave to withdraw as attorney for Plaintiff, and for a modification of the current Scheduling Order in the nature of a reasonable extension of pretrial deadlines and continuance of the trial date, to enable Plaintiff to retain new counsel.  Movant submits this motion on an emergency basis to avoid any prejudice to Plaintiff in light of the deadlines in the current Scheduling Order.  In support of this motion, Movant relies upon his accompanying declaration and upon the accompanying memorandum of law, both of even date.

Dated:  February 24, 2010

                                        Respectfully submitted,

                                        /s/  Thomas S. McNamara
                                        Thomas S. McNamara
                                        INDIK & McNAMARA, P.C.
                                        100 South Broad Street, Suite 2230
                                        Philadelphia, PA 19110
                                        (215) 567-7125
                                        Email:  mcnamara@snip.net