**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* | : | **CIVIL ACTION** |
| **ROBERT BAUCHWITZ, M.D., Ph.D.** | : | |
| | : | **NO. 04-2892** |
| v. | : | |
| | : | |
| **WILLIAM K. HOLLOMAN, Ph.D.,** *et al.* | : | |

## ORDER

**AND NOW**, this 1st day of April, 2010, upon consideration of the Stipulation of Voluntary Dismissal Pursuant to Local Rule 41.1(b), it is **ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

      /Timothy J. Savage
      TIMOTHY J. SAVAGE, J.